UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DORIS CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:17-CV-309-CHB |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| EASTERN KENTUCKY UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order of the Court, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Judgement is entered in favor of Defendant.

2. This is a **FINAL** and **APPEALABLE ORDER**, and the matter is **STRICKEN** from the active docket of the Court.

This the 20th day of February, 2019.

*/s/ Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY